**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ELVIS BUTCHER, et al., <br> and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED AIR LINES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 09-11681-WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

**FINAL APPROVAL ORDER**

Having considered the parties' proposed class action settlement in this case and determined that it is fair, reasonable, and adequate, the Court hereby grants final approval of the class action settlement pursuant to Fed. Rule Civ. P. 23(e) and 29 U.S.C. § 216(b). The Court further approves the plan of allocation of settlement funds set forth in Plaintiffs' Motion for Final Approval of Class Action Settlement.

This case is hereby dismissed with prejudice. All parties shall bear their own costs, and all rights of appeal are waived.

ENTERED this 10TH day of July, 2012.

*William G. Young*
The Honorable William G. Young
United States District Court
District of Massachusetts

1